# United States District Court

__Northern__ DISTRICT OF __Ohio, Eastern Division__

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

One U. S. Postal Service Express Mail parcel bearing label no. EH930470427US addressed to Perfect Sound Design, P. O. Box 77097, Lakewood Ohio 44107 with a return address of Blue Agave Design, 574 S. Warm Sands Dr., Palm Springs CA 92264.

## SEARCH WARRANT

CASE NUMBER: 1:12 MJ 4075

TO: __Frank W. Pihoker, Postal Inspector__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Frank W. Pihoker__ who has reason to believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

One U. S. Postal Service Express Mail parcel bearing label no. EH930470427US addressed to Perfect Sound Design, P. O. Box 77097, Lakewood Ohio 44107 with a return address of Blue Agave Design, 574 S. Warm Sands Dr., Palm Springs CA 92264.

In the __Northern__ District of __Ohio, Eastern Division__ there is now concealed a certain person or property, namely (describe the person or property)

A quantity of a controlled substance and/or proceeds which are evidence thereof, and/or contraband, in violation of Title 21, United States Code, Section 841(a)(1).

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premise above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before __9 April 2012__
Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime - 6:00 A.M. to 10:00 P.M.) (at ~~any time in the day or night as~~ ~~I find reasonable cause has been established~~) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to __Nancy A. Vecchiarelli__ as required by law.
U.S. Judge or Magistrate

March 29, 2012   3:49 p.m.   at   Cleveland, Ohio
Date and Time Issued                   City and State

Nancy A. Vecchiarelli, U. S. Magistrate Judge                  _Nancy Vecchiarelli_
Name and Title of Judicial Officer                              Signature of Judicial Officer

AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 1:12 MJ 4075 | 3/29/2012 4:22 A.M. | |

Inventory made in the presence of:
INSPECTOR M. J. CERVENICA

Inventory of the property taken and name of any person(s) seized:

ONE US POSTAL SERVICE EXPRESS MAIL "FLATRATE" ENVELOPE, BEARING EXPRESS MAIL LABEL NO. EH930470432US; CONTAINING A YELLOW 8.5" × 11.25" BUBBLE MAILING ENVELOPE, WHICH CONTAINED A GOLD AND BLACK GIFT-WRAPPED BOX, MEASURING 3.5" × 3.5" × 1". INSIDE OF THE BOX, WRAPPED IN YELLOW TISSUE PAPER, WAS A PLASTIC ZIPLOCK BAGGIE CONTAINING A CLEAR/WHITE CRYSTALLINE SUBSTANCE SUSPECTED TO BE "ICE," OR CRYSTAL METHAMPHETAMINE. THE APPROXIMATE WEIGHT OF THE CRYSTALLINE SUBSTANCE WAS 43.45 GRAMS.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/19/2012

Executing officer's signature

Frank W. Fisher, US Postal Inspector
Printed name and title